No. 337. DAVID MCKENZIE, PETITIONER, v. JAMES PEASE, SHERIFF, ETC. October 15, 1906. Petition for a writ of

certiorari to the United States Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Robert G. Dyrenforth* for petitioner. *Mr. Harris F. Williams* for respondent.